| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Jill Ryther, Esq. SBN 266016<br>Jessica L. Cohen, Esq. SBN 274256<br>Law Offices of Jill L. Ryther<br>6911 Topanga Canyon Blvd. Suite 200<br>Canoga Park, CA 91303<br>ATTORNEYS FOR: Plaintiff | FILED<br>11 MAR -8 PM 3:09<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIF.<br>LOS ANGELES |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Peter Young

Plaintiff(s),

v.

Hanna Israel, Faith Gundran, Laura Lungarelli, Adam Weisman,

Defendant(s)

CASE NUMBER: CV11 01985 DMG (SHx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Peter Young - Plaintiff
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                 **CONNECTION**
(List the names of all such parties and identify their connection and interest.)


3-8-11
Date

[Signature]
Sign

Plaintiff - Peter Young
Attorney of record for or party appearing in pro per