Jill L. Ryther   SBN 266016
Jessica L. Cohen   SBN 274256
LAW OFFICES OF JILL L. RYTHER
6911 Topanga Canyon Blvd., Suite #300
Canoga Park, CA 91303
Ph: 818-347-4127 Fx: 818-347-4128

*Attorneys for Plaintiff,*
PETER YOUNG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| PETER YOUNG, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>Hanna Israel, an individual; Faith Gundran, an individual; Laura Lungarelli, an individual; Adam Weissman, an individual; and DOES 1-50, Inclusive.<br><br>Defendants.<br><br>AND CROSS-ACTION | Case No. **CV11-01985 DMG (SHx)**<br><br>*Assigned to the Honorable Dolly M. Gee*<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF DEFENDANT FAITH GUNDRAN** |

The parties, by and through their respective attorneys of record, do hereby stipulate to the following dismissal pursuant to Fed. R. Civ. P.41 (a) (1) (A) (ii):

1

STIPULATION AND [PROPOSED] ORDER

1. Defendant, FAITH GUNDRAN is dismissed from the entire action WITH PREJUDICE. Faith Gundran and Peter Young are to bear their own attorneys fees and costs with respect to said dismissal.

Dated: 5-11-11

LAW OFFICES OF JILL RYTHER

_____
Jill Ryther,
Attorney for Plaintiff, PETER YOUNG

Dated: 5-12-11

LAW OFFICE OF CRAIG A. HOLTZ

_____
James P. Hart, Jr.
Attorney for Defendant, FAITH GUNDRAN

Dated: 5-12-11

WASSERMAN, COMDEN, CASSELMAN & ESENTEN, L.L.P.

_____
Kirk Comer, Attorney for Defendant and
Cross-Complainant HANNA ISRAEL and
Defendant LAURA LUNGARELLI

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____

_____
DOLLY M. GEE
United States District Judge

2

STIPULATION AND [PROPOSED] ORDER

**CERTIFICATION OF SERVICE**

I hereby certify that on May 12, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

> Respectfully Submitted,
>
> *s/ James P. Hart, Jr.*
> JAMES P. HART, JR.