1
2
Jill L. Ryther   SBN 266016
Jessica L. Cohen   SBN 274256
LAW OFFICES OF JILL L. RYTHER
3
6911 Topanga Canyon Blvd., Suite #300
Canoga Park, CA 91303
4
Ph: 818-347-4127 Fx: 818-347-4128

5
*Attorneys for Plaintiff,*
6
PETER YOUNG

7

8
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
9

10   PETER YOUNG, an individual.

11

12                    Plaintiff,

          vs.
13

14   Hanna Israel, an individual; Faith Gundran, an
     individual; Laura Lungarelli, an individual;
15   Adam Weissman, an individual; and DOES 1-
     50, Inclusive.
16

17

18                    Defendants.

19

20

21

Case No. **CV11-01985  DMG (SHx)**

*Assigned to the Honorable Dolly M. Gee*

**ANSWER OF PLAINTIFF PETER
YOUNG TO COUNTERCLAIM OF
HANNA ISRAEL**

22

### ANSWER AND AFFIRMATIVE DEFENSES OF PLAINTIFF PETER YOUNG TO COUNTERCLAIM OF HANNA ISRAEL FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, AND ASSAULT

Plaintiff, PETER YOUNG (the "Plaintiff"), an individual, by and through his attorneys,

28                                    1

**ANSWER OF PLAINTIFF PETER YOUNG TO COUNTERCLAIM OF HANNA
ISRAEL**

hereby answer the Counterclaim for Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, and Assault (the "Counterclaim") of Defendant HANNA ISRAEL ("Defendant"), as follows:

## PARTIES

1. Plaintiff admits that Defendant Israel is a natural person residing in the County of Los Angeles, State of California.

2. Plaintiff admits that he is a natural person residing in the State of Utah.

## JURISDICTION AND VENUE

3. Paragraph three states a legal conclusion to which no response is required.  To the extent a response is required, Plaintiff denies the allegation.

4. Paragraph four states a legal conclusion to which no response is required.

## GENERAL ALLEGATIONS

5. Plaintiff admits the allegations in sentence one, paragraph 5. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in sentence 2, paragraph 5.  To the extent a response is required, Plaintiff denies the allegations. Plaintiff denies the allegations in sentence 3, paragraph 5.  Plaintiff admits the allegations in paragraph 5, sentence 4.

6. Plaintiff admits the allegations in paragraph 6.

2

**ANSWER OF PLAINTIFF PETER YOUNG TO COUNTERCLAIM OF HANNA ISRAEL**

7.  Plaintiff denies the allegations in paragraph 7.

8.  Plaintiff denies the allegations in paragraph 8.

9.  Plaintiff denies the allegations in paragraph 9.

10. Plaintiff denies the allegations in paragraph 10.

11. Plaintiff denies the allegations in paragraph 11.

12. Plaintiff admits the allegations in paragraph 12, sentence 1. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in paragraph 12, sentence 2 of the Counterclaim.  To the extent a response is required, Plaintiff denies the allegations. Plaintiff denies the rest of the allegations in paragraph 12.

13. Plaintiff denies the allegations in paragraph 13.

14. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in paragraph 14, sentence 1 of the Counterclaim.  To the extent a response is required, Plaintiff denies the allegations. Plaintiff denies the allegations in paragraph 14, sentences 2 through 4. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegation in paragraph 14, sentence 5 of the Counterclaim.  To the extent a response is required, Plaintiff denies the allegations.

15. Plaintiff denies the allegations in paragraph 15.

16. Plaintiff denies the allegations in paragraph 16.

17. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in paragraph 17 of the Counterclaim.  To the extent a response is required, Plaintiff denies the allegations.

18. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness

3

**ANSWER OF PLAINTIFF PETER YOUNG TO COUNTERCLAIM OF HANNA ISRAEL**

of the allegations in paragraph 18 of the Counterclaim. To the extent a response is required, Plaintiff denies the allegations.

## FIRST CLAIM FOR RELIEF FOR INTENTIONAL INFLICTION OF
## EMOTIONAL DISTRESS

### (Israel against Young)

19. With respect to the allegations made in paragraph 19 of the Counterclaim, Plaintiff incorporates by reference Paragraphs 1 through 18, inclusive, as if set forth in full hereto.

20. Plaintiff denies the allegations in paragraph 20.

21. Paragraph 21 states a legal conclusion to which to response is required. To the extent a response is required, Plaintiff denies the allegations.

22. Paragraph 22 states a legal conclusion to which no response is required. To the extent a response is required, Plaintiff denies the allegations.

23. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in Paragraph 23. To the extent a response is required, Plaintiff denies the allegations.

24. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in Paragraph 24. To the extent a response is required, Plaintiff denies the allegations.

25. Plaintiff denies the allegations in paragraph 25.

## SECOND CLAIM FOR RELIEF FOR NEGLIGENT INFLICTION OF

4

**ANSWER OF PLAINTIFF PETER YOUNG TO COUNTERCLAIM OF HANNA ISRAEL**

**EMOTIONAL DISTRESS**

**(Israel against Young)**

26. With respect to the allegations made in paragraph 26 of the Counterclaim, Plaintiff incorporates by reference Paragraphs 1 through 18, inclusive, as if set forth in full hereto.

27. Paragraph 27 states a legal conclusion to which to response is required.  To the extent a response is required, Plaintiff denies the allegations.

28. Paragraph 27 states a legal conclusion to which to response is required.  To the extent a response is required, Plaintiff denies the allegations.

29. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in Paragraph 29.  To the extent a response is required, Plaintiff denies the allegations.

30. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in Paragraph 30.  To the extent a response is required, Plaintiff denies the allegations.

**THIRD CLAIM FOR RELIEF FOR ASSAULT**

**(Israel against Young)**

31. With respect to the allegations made in paragraph 31 of the Counterclaim, Plaintiff incorporates by reference Paragraphs 1 through 18, inclusive, as if set forth in full hereto.

32. Plaintiff denies the allegations in paragraph 32.

33. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in Paragraph 33.  To the extent a response is required, Plaintiff denies the allegations.

5

**ANSWER OF PLAINTIFF PETER YOUNG TO COUNTERCLAIM OF HANNA ISRAEL**

34. Paragraph 34 states a legal conclusion to which to response is required. To the extent a response is required, Plaintiff denies the allegations.

35. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in Paragraph 35. To the extent a response is required, Plaintiff denies the allegations.

36. Plaintiff lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in Paragraph 36. To the extent a response is required, Plaintiff denies the allegations.

37. Paragraph 37 states a legal conclusion to which to response is required. To the extent a response is required, Plaintiff denies the allegations.

38. Plaintiff denies the allegations in paragraph 38.

## GENERAL DENIAL

Plaintiff denies all material allegations of the Counterclaim unless specifically admitted herein. Plaintiff further denies that he is liable to Defendant Israel under the Counterclaim or otherwise.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiff alleges that Defendant's Counterclaim, in whole or in part, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiff alleges that Defendant Israel consented,

6

**ANSWER OF PLAINTIFF PETER YOUNG TO COUNTERCLAIM OF HANNA ISRAEL**

by words and/or conduct, to Plaintiffs alleged conduct.

## THIRD AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiff alleges that Defendant's Counterclaim, in whole or in part, is barred by the applicable statute of limitations.

## FOURTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiff alleges that Defendant's Counterclaim, in whole or in part, is barred by the equitable principle of unclean hands by virtue of Defendant's owns conduct and actions.

## FIFTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiff alleges that the rights of Defendant Israel to seek relief on any cause of action or claims asserted in Defendant's Counterclaim have been waived.

## SIXTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiff alleges that Defendant Israel's Counterclaim is vague, ambiguous and uncertain.

## SEVENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiff alleges that his actions were justified under the circumstances.

## EIGHT AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiff alleges that Defendant Israel has not been, or will not be, damaged in any amount alleged.

## NINTH AFFIRMATIVE DEFENSE

7

---

**ANSWER OF PLAINTIFF PETER YOUNG TO COUNTERCLAIM OF HANNA ISRAEL**

As a separate and affirmative defense, Plaintiff alleges that the damages claimed by

Defendant Israel are uncertain and speculative, thereby precluding calculation and any recovery.

## TENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiff alleges that Defendant Israel has failed to

state facts sufficient to support a claim for exemplary or punitive damages.

## ELEVENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Plaintiff alleges that Defendant's claims are barred

because they are malicious and retaliatory.

## RESERVATION OF DEFENSES

Plaintiff has insufficient knowledge or information on which to form a

belief as to whether he may have additional, as yet unstated, affirmative defenses.

Plaintiff expressly reserves, and does not waive, any additional defenses that may be

disclosed or become apparent during discovery and further investigation of the

relevant facts of this matter.


WHEREFORE, Plaintiff respectfully request that this Court dismiss the

Counterclaim, and award Plaintiff their attorneys' fees and costs and further relief as is just and

proper.

## CERTIFICATION OF SERVICE

I hereby certify that on May 13, 2011, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system.

8

---

**ANSWER OF PLAINTIFF PETER YOUNG TO COUNTERCLAIM OF HANNA ISRAEL**

1  Date: May 13, 2011                    Respectfully Submitted By,

2

3                                        Jill Ryther

4                                        Jill L. Ryther, Attorney for Plaintiff
                                         PETER YOUNG
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      9

**ANSWER OF PLAINTIFF PETER YOUNG TO COUNTERCLAIM OF HANNA ISRAEL**