UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| PETER YOUNG, an individual.<br><br>　　　Plaintiff,<br><br>　vs.<br><br>Hanna Israel, an individual; Faith Gundran, an individual; Laura Lungarelli, an individual; Adam Weissman, an individual; and DOES 1-50, Inclusive.<br><br>　　　Defendants.<br>_____<br>AND CROSS-ACTION | Case No. **CV11-01985 DMG (SHx)**<br><br>**ORDER RE: DISMISSAL OF DEFENDANT FAITH GUNDRAN [19]** |

　　　UPON THE STIPULATION OF THE PARTIES, IT IS ORDERED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the complaint of Plaintiff Peter Young is dismissed with prejudice as to Defendant, FAITH GUNDRAN only.  Faith Gundran and Peter Young are to bear their own attorneys fees and costs with respect to said dismissal.

Dated:  May 16, 2011　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

**[PROPOSED]** ORDER RE: DISMISSAL OF DEFENDANT FAITH GUNDRAN