WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
801 S. GARFIELD AVENUE, SUITE 328
ALHAMBRA, CALIFORNIA  91801

# DECLARATION OF HANNA ISRAEL IN SUPPORT OF SPECIAL MOTION OF DEFENDANTS TO STRIKE COMPLAINT OF PETER YOUNG AS A SLAPP SUIT

HANNA ISRAEL declares:

1.      I am an individual defendant and counterclaimant in the above-entitled action.  I make this declaration in support of the REPLY TO OPPOSITION TO SPECIAL MOTION TO STRIKE COMPLAINT OF PETER YOUNG AS A SLAPP SUIT.  The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.      Laura Lungarelli, Faith Gundran, Adam Weissman and I are all friends who attempted to participate in an "accountability process" with Peter Young as a result of his treatment of me.  An accountability process is where the victim and the accused work together to facilitate a resolution whereby the accused apologizes for their actions and agrees to undertake steps preventing such from reoccurring in the future, such as attending counseling.  Activists such as myself prefer to resolve disputes on our own through this type of social justice as opposed to involving law enforcement.

3.      Adam Weissman and I attempted to involve Peter Young in an accountability process to address the way he treated me.  Adam Weissman prepared a draft e-mail which would be sent to Peter Young asking him to participate in the process.  The e-mail attached as Exhibit "B" to the Declaration of Peter Young contains the e-mail Adam Weissman prepared which he was going to send to Peter Young.  Adam Weissman then sent the draft of the e-mail to me.  Adam Weissman

990763.1

1  then could not find the e-mail so I sent him back the draft he originally had sent to

2  me.  The e-mail attached as Exhibit "B" to the Declaration of Peter Young is the e-

3  mail where I sent the draft back to Adam Weissman.  I sent this e-mail to Adam

4  Weissman's personal e-mail addresses.  I never published this e-mail to the internet

5  or posted it on the website with the address of http://wetlands-

6  preserve.org/pipermail/acountabilitynow_wetlands-preserve.org.

7

8        4.    I do not operate nor have I ever operated a website with the address of

9  http://wetlands-preserve.org/pipermail/acountabilitynow_wetlands-preserve.org.

10

11       5.    The Galan List Serve is a group of animal activists who have their own

12  e-mail group.  Jerry Friedman showed me an e-mail written by Peter Young which I

13  was told was sent to all of the members of the Galan List Serve.  The e-mail

14  accuses me of being an FBI informant.  The e-mail does not mention me by name,

15  but it is clear that I am the "girlfriend of the 30-something man on this list."  I am

16  not an FBI informant nor have I ever been.  A true and correct copy of Peter

17  Young's e-mail accusing me of being an FBI informant is attached hereto as Exhibit

18  "A" and incorporated herein by reference as if set forth in full at this point.

19

20       6.    In response to Peter Young's e-mail, I prepared the e-mail attached as

21  Exhibit "E" to the Declaration of Peter Young and sent it to Jerry Friedman in order

22  to defend myself to the Galan List Serve from the false accusations made by Peter

23  Young.

24

25       7.    I made the comments in Exhibit "E" to the Declaration of Peter Young

26  that "Peter subjected me to emotional abuse, threatened me with abandonment, and

27  put my sexual health and legal safety at risk …"  I have explained the facts behind

28  these comments at length in my prior declaration.

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
801 S. GARFIELD AVENUE, SUITE 328
ALHAMBRA, CALIFORNIA  91801

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
801 S. GARFIELD AVENUE, SUITE 328
ALHAMBRA, CALIFORNIA 91801

8.     I have previously explained several instances of Peter Young's emotional abuse of me.  In fact, Peter Young refers to one example of such abuse in his Declaration.  In his Declaration at Paragraph 23, the comment Peter Young actually made was that my shirt looked slutty.  This comment was very offensive and degrading to me and only one of many such examples.

9.     Peter Young has also explicitly admitted to being emotionally abusive to me.  I have a Blackberry cell phone with the phone number of (949) 306 4127.  At the time, Peter Young was using a cell phone with the phone number of (818) 430 1114.  During a text message conversation occurring between Peter Young and myself on August 27, 2009, Peter Young admitted he had been emotionally abusive to me.  A true and correct copy of our text message exchange where Peter Young admits to being abusive is attached hereto as Exhibit "B" and incorporated herein by reference as if set forth in full at this point.

10.     In my opinion, Peter Young's suggestions to take me to random bus stops and airports in unfamiliar cities when I had no means to get home is a threat of abandonment.

11.     My comment that Peter Young put my sexual health and legal safety at risk by the way he acted towards me refers to my claims of how he scared me into giving him oral sex when I told him that I did not want to.  It also refers to when Peter Young did not take me to the hospital when I had the reaction to Plan "B."  I was scared to go to the police since I am an activist and feel that going to the police could put my legal safety at risk.

12.     I did not prepare the flyer attached as Exhibit "F" to the Declaration of Peter Young.  I did not distribute this flyer to anyone.  I did not instruct anyone to

1  distribute the flyer.  I was aware that Adam Weissman was preparing a flyer about
2  Peter Young in order to ascertain if there were other women he had hurt.  I believe
3  that some of the allegations contained on the flier refer to my relationship and
4  problems with Peter Young which I told to Adam Weissman.  I did tell Adam
5  Weissman that Peter Young was emotionally abusive to me, had falsely labeled me
6  an FBI informant and my experience with Peter Young where he by demanded and
7  scared me into giving him oral sex after I had stated that I did not want to.
8
9      13.    I have never modified the Wikipedia page for Peter Young.  I did not
10  make the changes to such page as shown on the document attached as Exhibit "H" to
11  the Declaration of Peter Young.
12
13      14.    I have never prepared or posted any You Tube videos about Peter
14  Young.  I did not prepare or post the specific You Tube video referred to in the
15  Declaration of Peter Young.  In fact, the e-mail I sent to Laura Lungarelli, Adam
16  Weissman and Faith Gundran attached as Exhibit "G" to the Declaration of Peter
17  Young states that I did not know who created the video and that it should be taken
18  down.
19
20      15.    I do not operate and have never operated a website with the address of
21  www.activistabuse.wordpress.com attached as Exhibit "I" to the Declaration of
22  Peter Young.  I have never made any posts to such website nor did I make the
23  specific posts shown in Exhibit "I" to the Declaration of Peter Young.
24
25      16.    I sent the e-mail attached as Exhibit "J" to the Declaration of Peter
26  Young stating that he was not sexually inappropriate as a quid pro quo for Peter
27  Young's agreement to participate in the accountability process with me.  I wanted
28  Peter Young to participate in the accountability process in order to resolve the

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
801 S. GARFIELD AVENUE, SUITE 328
ALHAMBRA, CALIFORNIA 91801

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
801 S. GARFIELD AVENUE, SUITE 328
ALHAMBRA, CALIFORNIA  91801

1  dispute between the two of us and move forward since I am going to have to see
2  Peter Young at many animal activist events in the future.  I was experiencing severe
3  grief and trauma as a result of Peter Young's action towards me and I wanted him to
4  participate in my healing process.  Peter Young refused to participate in the process
5  unless I agreed to drop my allegations of sexual assault against him in writing.  As
6  such, I agreed to send the e-mail as he requested since I felt that Peter Young's
7  participation in a structured accountability process to work on his abusive behavior
8  in general was more important.

9

10      17.    I sent the e-mail attached as Exhibit "A" to the Declaration of Lauren
11  Regan to Lauren Regan advising her that Peter Young had multiple (more than one)
12  allegations of sexual assault against him.  I did this because I feel that Peter Young
13  is a dangerous individual to young women in the animal rights movement and
14  dangerous to the animal rights community in general based on the way he treated me
15  and from what I heard from my friend, Sina Salessi.  Other than what I personally
16  experienced from Peter Young, which I consider to be a form of be sexual assault, I
17  was told by Sina Salessi that Peter Young had been accused of sexual assault by a
18  friend of his that wished to remain unnamed because she was afraid of Peter Young.
19  I was also told by Ashley Strobelt that Peter Young had been accused of sexual
20  assault by a friend of hers that wished to remain unnamed because she was afraid of
21  Peter Young.

22

23      18.    Young requested that he and I have a "facilitation" as part of the
24  accountability process before his long time friend and roommate Matt Bruce.  This
25  was supposed to be a time where we could air our grievances against each other and
26  attempt to move forward.  Matt Bruce was to act as a mediator.

27

28

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
801 S. GARFIELD AVENUE, SUITE 328
ALHAMBRA, CALIFORNIA 91801

19.     Once the facilitation began, I realized that it was not a mediation at all but Matt Bruce and Peter Young were using it as an opportunity to belittle my claims against Peter Young.  For most of the four hours, I cried uncontrollably as the two men would coerce me until I agreed to retract specific claims about Peter Young.  After the facilitation, Peter Young and Matt Bruce told me that they secretly taped our meeting.

20.     I believe that the entire purpose of this was not a facilitation, but rather to obtain coerced statements from me for Peter Young to use against me in the future.

21.     I feel that two exchanges are exemplary of how the entire event was handled.  I relayed my story of how I felt that Peter Young had abused me.  Matt Bruce and Young repeatedly demanded that I define the word abuse.  When I could not come up with the dictionary definition of the word abuse, they told me that since I could not properly define abuse, Peter Young must not have abused me.  After they repeatedly yelled this mantra at me enough, I decided that this facilitation was not going anywhere and I agreed with them so they would leave me alone and stop harassing me.

22.     Another time I explained how I felt that Peter Young had starved me by taking away my food budget and having me go hungry for over a week.  Peter Young and Matt Bruce told me that they knew of a woman who was locked in a closet for one week and tried to eat the drywall to survive.  They stated that this is what a real example of what being "starved" is and demanded that I agree that my situation was not this severe and to say that I was not starved.  Again, after much yelling, I agreed that based on their definition, I was not starved so they would leave me alone and stop harassing me.

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3

4    Executed June 6, 2011 at Pasadena, California.

5

6

7                                              HANNA ISRAEL

8

9

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
801 S. GARFIELD AVENUE, SUITE 328
ALHAMBRA, CALIFORNIA  91801

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

990763.1

DECLARATION OF HANNA ISRAEL

EXHIBIT "A"

May 25, 2010 1:47:45 AM PDT

After recent FBI attention and new information, I have been advised to leave this list because of the associations of another person here. Specifically, the 19-year-old girlfriend of a 30-something man on this list.

This girl is being looked at by lawyers in two open legal cases, and has been documented in a long list of suspicious behavior in recent months. I have been advised to erect a firewall
between myself and any of this 19-year-old's associates. Part of this advice includes removal from this list.

This person's behavior has included defrauding activists to gain access to their personal space, being caught rifling through sensitive legal paperwork pertaining to an open legal case, being caught in an incident having every appearance of a set up attempt to implicate an activist in serious felony charges, abruptly vanishing in situations moments before police arrive, being kicked out of local AR circles for agent provocateur behavior, and in a fourth month period traveling to visit at least 18 people either having open legal cases, people being actively investigated by the FBI, or recently released prisoners. They frequently make cross-country to visit FBI-targeted individuals they have never met, some lasting less than 16-hours. They are very young, have no job, and access to seemingly endless money to fund their travels.

Neither myself or any lawyers are asserting specific conclusions, only that in light of recent events, the objective and verifiable facts of this person's behavior are cause for urgent concern.

Since behind the scenes discussions began several months ago, several activists have come forward with stories. If this suspicious behavior and travels continue, a statement signed by activists affected by this person will be made public naming the individual and detailing their behavior.

Most who have had contact with this 19-year-old have been contacted privately and made
aware. If someone fitting this profile has visited you and accessed your personal space, please contact me privately -  a lawyer would like to hear your experiences. This person
often comes to town with her 30-something boyfriend.

In parting, please be vigilant.

Peter Young

-------------------------------------------------------------------------------------------------
NOTE TO UNINTENDED RECIPIENTS: This message is intended only
for the individual or entity to which it is addressed.
This message may contain information that is privileged,
confidential and exempt from disclosure.
Any other distribution, copying or disclosure is strictly prohibited. Nothing
within this message should be construed as endorsing, promoting or
abetting any illegal or unethical activity.
Please consider the environment before printing this email.
-------------------------------------------------------------------------------------------------
PRACTICE SAFE TEXT:
http://www.pgp.com/downloads/desktoptrial/desktoptrial2.html

EXHIBIT "B"

818 430 1114 "Forgiveness. No resent. Peace. Love."

949 306 4127 "What"

818 430 1114 "The answers."

949 306 4127 "But it still scares me when you just say you were a "jerk in the car"."

818 430 1114 "I want to see you."

949 306 4127 "There was an agreement established before I saw you. It was broken. **You need to bring to light the fact that you were emotionally abusive.** No "Jerk in the car"."

818 430 1114 **"Yes I was."**