Jill L. Ryther  SBN 266016
Jessica L. Cohen  SBN 274256
LAW OFFICES OF JILL L. RYTHER
6911 Topanga Canyon Blvd., Suite #300
Canoga Park, CA 91303
Ph: 818-347-4127 Fx: 818-347-4128

*Attorneys for Plaintiff,*
PETER YOUNG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

PETER YOUNG, an individual,

    Plaintiff,

vs.

Hanna Israel, an individual; Faith Gundran, an individual; Laura Lungarelli, an individual; Adam Weissman, an individual; and DOES 1-50, Inclusive,

    Defendants.

Case No. **CV11-01985 DMG (SHx)**

*Assigned to the Honorable Dolly M. Gee*

**DECLARATION OF JORDAN JONES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE.**

I, Jordan Jones, declare:

1. I have personal knowledge of each fact stated in this declaration and if called to testify I could testify competently to their truth.
2. On or around December 2009 I met with Hanna Israel at a friend's residence near Salt Lake City, Utah. We spoke for approximately 3 hours about her experiences with Peter Young.
3. Hanna Israel stated she had many accusations against him, which she intended to publish on the internet in an effort to "ruin his reputation."
4. She wanted to know who the most prominent animal rights activists in Salt Lake City were, and asked if I would arrange meetings between her and them so that she could tell

---
DECLARATION OF JORDAN JONES

Jill L. Ryther  SBN 266016
Jessica L. Cohen  SBN 274256
LAW OFFICES OF JILL L. RYTHER
6911 Topanga Canyon Blvd., Suite #300
Canoga Park, CA 91303
Ph: 818-347-4127 Fx: 818-347-4128

*Attorneys for Plaintiff,*
PETER YOUNG

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER YOUNG, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>Hanna Israel, an individual; Faith Gundran, an individual; Laura Lungarelli, an individual; Adam Weissman, an individual; and DOES 1-50, Inclusive.<br><br>Defendants. | Case No. CV11-01985 DMG (SHx)<br><br>*Assigned to the Honorable Dolly M. Gee*<br><br>**DECLARATION OF JORDAN JONES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE.** |

I, Jordan Jones, declare:

1. I have personal knowledge of each fact stated in this declaration and if called to testify I could testify competently to their truth.
2. On or around December 2009 I met with Hanna Israel at a friend's residence near Salt Lake City, Utah. We spoke for approximately 3 hours about her experiences with Peter Young.
3. Hanna Israel stated she had many accusations against him, which she intended to publish on the internet in an effort to "ruin his reputation."
4. She wanted to know who the most prominent animal rights activists in Salt Lake City were, and asked if I would arrange meetings between her and them so that she could tell

1

DECLARATION OF JORDAN JONES

them about her accusations against Peter.

5. Hanna stated that she wanted Peter to be "run out of Salt Lake" and "blacklisted" from animal rights communities everywhere.
6. She stated Peter Young had "starved" her for several weeks on a road-trip she had taken with Young, during which she claimed to have lost 20 pounds and her hair began to fall out.
7. Hanna claimed that Peter was guilty of "physical abuse" because he had "starved" her.
8. She later said she had food in the car during the time she was "starved". When I later asked about the car having food for the duration of the trip, she admitted it was there but that it was "dry foods" and the kind you have to mix with water, and that it was "stuff you wouldn't want to eat every single day."
9. Hanna also stated she had been given ten-thousand dollars from her father before the trip.
10. Hanna stated that during the trip she thought she may have gotten pregnant and that when she asked Peter to take her to the hospital, he "refused."
11. When I later confronted her via text message regarding inconsistencies in her story, she admitted that she had lied about Peter refusing to take her to the hospital.
12. Hanna also stated that Peter had "sexually and mentally abused" her. No specifics were given of how, when, or where the alleged abuse took place.
13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2011 in LOS ANGELES, CA

*Jordan Jones* (signature)

Jordan Jones

2

DECLARATION OF JORDAN JONES