Jill L. Ryther   SBN 266016
Jessica L. Cohen   SBN 274256
LAW OFFICES OF JILL L. RYTHER
6911 Topanga Canyon Blvd., Suite #300
Canoga Park, CA 91303
Ph: 818-347-4127 Fx: 818-347-4128

*Attorneys for Plaintiff,*
PETER YOUNG

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER YOUNG, an individual. | Case No. **CV11-01985 DMG (SHx)** |
| Plaintiff, | *Assigned to the Honorable Dolly M. Gee* |
| vs. | |
| Hanna Israel, an individual; Laura Lungarelli, an individual; Adam Weissman, an individual; and DOES 1-50, Inclusive. | **DECLARATION OF LAUREN REGAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE.** |
| Defendants. | |

I, LAUREN REGAN declare:

1. I have personal knowledge of each fact stated in this declaration and if called to testify I could testify competently to their truth.

1

**DECLARATION OF LAUREN REGAN**

2. On August 9th, 2010, I received an email from Hanna Israel, sending from the email address distortionxplease@gmail.com.

3. In the email, Hanna Israel stated Peter Young "had multiple accusations of sexual assault against him." A true copy of the email is attached as Exhibit A.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20th, 2011

_____
LAUREN REGAN
Attorney at Law
259 E. 5th Ave, Suite 300A
Eugene, OR 97401
541-687-9180