Jill L. Ryther   SBN 266016
Jessica L. Cohen   SBN 274256
LAW OFFICES OF JILL L. RYTHER
6911 Topanga Canyon Blvd., Suite #300
Canoga Park, CA 91303
Ph: 818-347-4127 Fx: 818-347-4128

*Attorneys for Plaintiff,*
PETER YOUNG

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER YOUNG, an individual. | Case No. **CV11-01985 DMG (SHx)** |
| Plaintiff, | *Assigned to the Honorable Dolly M. Gee* |
| vs. | |
| Hanna Israel, an individual; Faith Gundran, an individual; Laura Lungarelli, an individual; Adam Weissman, an individual; and DOES 1-50, Inclusive. | **DECLARATION OF MATT BRUCE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE.** |
| Defendants. | |

I, MATT BRUCE declare:

1. I have personal knowledge of each fact stated in this declaration and if called

1

**DECLARATION OF MATT BRUCE**

to testify I could testify competently to their truth.

2. On or around Janurary 7th, 2010, I met with Hanna Israel at my residence in Salt Lake City, Utah. We spoke for approximately 4 hours about her experiences with Peter Young.

3. Hanna Israel stated she had many accusations against him, which she intended to publish on the internet.

4. She stated Peter Young had "starved" her on a trip she had taken with Young, and that she lost 25 pounds.

5. When I asked her to tell her story in more detail, I learned that she had money for the duration of the above referenced trip. Hanna admitted buying dinner with her own money at a Red Robin on the last day of their road trip before arriving in Minneapolis.

6. Hanna further admitted to using a debit card at a gas station during the time she had said she was being starved.

7. Hanna also stated that she had two boxes of food in the trunk of the car she was riding in for the duration of the time she said she was starved. This included beans, noodles, fruit, and cliffbars. Hanna said that she "just didn't want to eat that" but that she is not allergic.

8. Hanna initially stated that she was starved for 21 days, but when I questioned her about inconsistencies in her timeline, she changed the number of days to 9.

9. Hanna also stated she had a large amount of money, given to her for college.

10. Hanna Israel initially stated she had gone to the hospital as a result of being "starved." However, later in the conversation she admitted the actual reason she checked herself into a hospital was because of a panic attack induced by Peter Young telling her that he did not want her to come to Salt Lake City to

DECLARATION OF MATT BRUCE

visit, and did not wish to see her anymore.

11. I asked Hanna, "You went to the hospital because of what he said?" She responded: "Because of what he said".

12. Hanna further stated that Peter Young refused to take her to the hospital when she had a medical condition and she almost died. However, Hanna later admitted that this accusation was a lie. When Hanna was asked again about this allegation, she stated: "I lied."

13. When Hanna was asked if she had any allegations of a sexual nature, she responded, "No, he never did anything sexually inappropriate."

14. By the end of this conversation, Hanna Israel had retracted most of her allegations against Peter Young.

15. This conversation concluded with Hanna Israel agreeing to contact people whom she had provided false information to about Peter Young, and tell them she had been dishonest about his conduct.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2011 IN Los Angeles, CA

*[signature]*

MATT BRUCE