UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-1985-DMG (SHx) | Date | June 20, 2011 |
|---|---|---|---|
| Title | Peter Young   v.   Hanna Israel, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Robyn Adams |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jill Lee Ryther | Kirk S. Comer |
| David E. Burke | Randi R. Geffner |

**Proceedings:** DEFENDANTS ISRAEL AND LUNGARELLI'S MOTION TO STRIKE COMPLAINT OF PETER YOUNG AS A "SLAPP" SUIT [17]; SCHEDULING CONFERENCE

The case is called and counsel state their appearance.  The Court and counsel confer.  Following oral argument, the Court advises counsel that the motion is taken under submission and a written order will issue.  Plaintiff is instructed to file amended declarations with proper affirmations by no later than June 21, 2011.   Defendants' response (no more than three pages), if any, to the late-filed declaration of Jordan Jones is due on June 24, 2011.

Scheduling Conference held.  Based upon the statements made today on the record, the court hereby sets the Final Pretrial Conference for *March 13, 2012 at 2:00 p.m.* and the Jury Trial date is set for *April 10, 2012 at 8:30 a.m. (Est. 3-5 days).*

The Court issues the scheduling and case management order with further deadlines.  Counsel are reminded of their obligations and requirements to timely and fully comply with all orders.

**IT IS SO ORDERED.**

0: 45