Jill L. Ryther SBN 266016
Jessica L. Cohen SBN 274256
David E. Burke SBN 267955
LAW OFFICE OF JILL L. RYTHER
6911 Topanga Canyon Blvd., Suite #300
Canoga Park, CA 91303
Ph: 818-347-4127 Fx: 818-347-4128

*Attorneys for Plaintiff*
PETER YOUNG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

PETER YOUNG, an individual.

Plaintiff,

vs.

HANNA ISRAEL, an individual; LAURA LUNGARELLI, an individual; ADAM WEISSMAN, an individual; and DOES 1-30, Inclusive,

Defendants.

**CASE NO. CV11-01985 DMG (SHx)**

*Assigned to the Honorable Dolly M. Gee*

**NOTICE OF UNAVAILABILITY OF COUNSEL JILL RYTHER**

To DEFENDANTS ISRAEL AND LUNGARELLI and their attorney of record, KIRK COMER:

PLEASE TAKE NOTICE that, PLAINTIFF'S COUNSEL, JILL RYTHER, will be UNAVAIILABLE from Friday July 15th to Friday July 22nd.

DATED: July 14, 2011

/s/Jill Ryther

Respectfully Submitted By: ____________________

Jill L. Ryther
Attorney for Plaintiff
PETER YOUNG

**CERTIFICATION OF SERVICE**

I hereby certify that on June 14, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

Respectfully Submitted,

*/s/ Jill L. Ryther*
JILL L. RYTHER