Jill L. Ryther   SBN 266016
David E. Burke   SBN 267955
LAW OFFICES OF JILL L. RYTHER
6911 Topanga Canyon Blvd., Suite #300
Canoga Park, CA 91303
Ph: 818-347-4127 Fx: 818-347-4128

*Attorneys for Plaintiff,*
PETER YOUNG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| PETER YOUNG, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>Hanna Israel, an individual; Laura Lungarelli, an individual; Adam Weissman, an individual; and DOES 1-50, Inclusive.<br><br>Defendants. | Case No. **CV11-01985 DMG (SHx)**<br><br>*Assigned to the Honorable Dolly M. Gee*<br><br>**STIPULATION AND ORDER RE: EXTENSION OF MEDIATION COMPLETION DATE AND REQUEST FOR ASSIGNMENT TO THE ADR BOARD** |

The parties, by and through their respective attorneys of record, do hereby stipulate to a thirty-day extension of their currently scheduled mediation

998458.1

**STIPULATION AND ORDER**

completion date of September 02, 2011 and do hereby request that this honorable court assign them to the ADR board for court-appointed mediation.

Dated: August 22, 2011                    Respectfully Submitted,

LAW OFFICES OF JILL L. RYTHER

/s/ Jill Ryther

---

Jill Ryther, Attorney Plaintiff,
PETER YOUNG

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.

/s/ Kirk S. Comer

---

Kirk Comer, Attorney for Defendants,
HANNA ISRAEL and LAURA LUNGARELLI

[PROPOSED ORDER]

IT IS SO ORDERED

Dated: _____

---

DOLLY M. GEE
United States District Judge

998258.1

**STIPULATION AND ORDER**

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 22, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                     Respectfully Submitted,

                                     */s/ Jill L. Ryther*
                                     JILL L. RYTHER

998458.1

**STIPULATION AND ORDER**