Name: Jill L. Ryther
Address: 6911 Topanga Canyon Blvd. Suite #300
City, State, Zip: Canoga Park, CA 91303
Phone: 818 347 4127
Fax: 818 347 4128
E-Mail: jill.lee.ryther@gmail.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Peter Young, an individual<br><br>PLAINTIFF(S),<br>v.<br>Hanna Israel, an individual, Laura Lungarelli, an individual, Adam Weissman, an individual, and DOES<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV11-01985 DMG (SHx)<br><br>**NOTICE OF APPEAL** |
|---|---|

NOTICE IS HEREBY GIVEN that _____Peter Young_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
    Re: Defendants' Special Motion to Strike

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __September 16, 2011__. Entered on the docket in this action on __September 16, 2011__.

A copy of said judgment or order is attached hereto.

October 13, 2011                                     Jill L. Ryther
Date                                                 Signature
                                                     ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).