Jill L. Ryther   SBN 266016
David Edward Burke   SBN 267955
LAW OFFICES OF JILL L. RYTHER
6911 Topanga Canyon Blvd., Suite #300
Canoga Park, CA 91303
Ph: 818-347-4127 Fx: 818-347-4128

*Attorneys for Plaintiff,*
PETER YOUNG

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER YOUNG, an individual. | ) |
| | ) Case No. **CV11-01985  DMG (SHx)** |
| Plaintiff, | ) |
| vs. | ) *Assigned to the Honorable Dolly M. Gee* |
| | ) |
| Hanna Israel, an individual; Laura Lungarelli, an individual; Adam Weissman, an individual; and DOES 1-50, Inclusive. | ) **JOINT REPORT RE: RESULTS OF EARLY MEDIATION** |
| Defendants. | ) |

On November 02, 2011 the following parties and counsel attended mediation in the above referenced case:  Plaintiff Peter Young with his counsel Jill Ryther,

1

**JOINT REPORT RE: RESULTS OF EARLY MEDIATON**

Esq. and David Burke, Esq, along with Defendants Hanna Israel and Laura Lungarelli with their counsel Kirk Comer, Esq. and Randi Geffner, Esq.  Alan G. Dowling, Esq., mutually selected from the Settlement Officer Program of the above referenced court, presided over this mediation.  The mediation lasted for a total of 7 hours.  Unfortunately the parties did not settle.

DATED: November 18, 2011

Respectfully Submitted By:

s/ Jill Ryther

_____

Jill L. Ryther
Attorney for Plaintiff
PETER YOUNG

s/ Kirk Comer

_____

Kirk Comer
Attorney for Defendants
HANNA ISRAEL, and
LAURA LUNGARELLI

JOINT REPORT RE: RESULTS OF EARLY MEDIATON