UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 11-1985-DMG (SHx) | Date | April 3, 2012 |
|---|---|---|---|

| Title | *Peter Young v. Hanna Israel, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER STAYING ACTION PENDING APPEAL**

    On September 16, 2011, the Court issued its Order Re Defendants' Special Motion to Strike Complaint as a "SLAPP" Suit granting in part and denying in part defendants' special motion to strike ("SLAPP Order"). [Doc. # 57.] On October 14, 2011, plaintiff appealed the SLAPP Order. [Doc. # 61.] Thereafter, following counsel's failure to comply with the Court's Scheduling and Case Management Order for Jury Trial, the Court, on March 12, 2012, ordered counsel to submit briefs addressing whether the Court has jurisdiction to proceed during the pendency of the appeal. Counsel having filed their briefs, the Court finds as follows:

    In their briefs, counsel addressed the issue of whether the SLAPP Order is immediately appealable – an issue which is not in question. The fact that an order is immediately appealable does not mean that the proceedings at the trial court are automatically stayed as to those portions of the order that are not appealed. See *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58, 103 S.Ct. 400 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over *those aspects of the case involved in the appeal*." (emphasis added)). The parties did not cite, and the Court has not found, any definitive authority as to whether the interlocutory appeal of the SLAPP Order results in an automatic stay of all further proceedings in the district court with regard to those claims that were not stricken and therefore, presumably, not appealed. For prudential reasons and to conserve judicial resources, however, IT IS ORDERED that this action is stayed pending appeal. All dates, including the April 10, 2012 trial date, are hereby vacated. Within ten days after the appeal has been resolved, counsel shall file a joint status report.

    IT IS SO ORDERED.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk VV |
|---|---|---|