Jill L. Ryther     SBN 266016
David E. Burke SBN 267955
LAW OFFICES OF JILL L. RYTHER
6911 Topanga Canyon Blvd., Suite #300
Canoga Park, CA 91303
Ph: 818-347-4127 Fx: 818-347-4128

*Attorneys for Plaintiff*
PETER YOUNG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

PETER YOUNG, an individual.

               Plaintiff,

    vs.

HANNA ISRAEL, an individual;
LAURA LUNGARELLI, an individual;
ADAM WEISSMAN, an individual;
and DOES 1-30, Inclusive,

             Defendants.

**CASE NO. CV11-01985 DMG (SHx)**

*Assigned to the Honorable Dolly M. Gee*

**NOTICE OF WITHDRAWAL OF MOTION TO SEAL THE COURT RECORD, DECLARATION OF JILL L. RYTHER, ESQ., AND PROPOSED ORDER**

Date:  January 11, 2013
Time: 9:30am
Place: Courtroom 7

    To DEFENDANTS ISRAEL AND LUNGARELLI and their attorney of record, KIRK COMER AND GAYLE JENKINS:

    PLEASE TAKE NOTICE that PLAINTIFF PETER YOUNG hereby withdraws his NOTICE OF MOTION AND MOTION TO SEAL THE COURT

---

**NOTICE OF WITHDRAWAL OF MOTION TO SEAL THE COURT RECORD**

RECORD, along with the accompanying DECLARATION OF JILL L. RYTHER, and PROPOSED ORDER that was scheduled for January 11, 2013 at 9:30am or as soon thereafter as the matter may be heard in Courtroom 7 of the above entitled Court, located at 312 North Spring Street, Los Angeles, California, 90012.  Young will re-file a NOTICE OF MOTION AND MOTION TO SEAL THE COURT RECORD at a later date.

DATED: December 4, 2012

/s/Jill Ryther

Respectfully Submitted By: _____

Jill L. Ryther
Attorney for Plaintiff
PETER YOUNG

2

**NOTICE OF WITHDRAWAL OF MOTION TO SEAL THE COURT RECORD**

1

2

## CERTIFICATION OF SERVICE

3

I hereby certify that on December 4, 2012, I electronically filed the foregoing with
the Clerk of the Court by using the CM/ECF system.

4

5

Respectfully Submitted,

6

7

8

_ /s/ Jill L. Ryther_
JILL L. RYTHER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF WITHDRAWAL OF MOTION TO SEAL THE COURT RECORD**