Gayle I. Jenkins (SBN: 168962)
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PETER YOUNG

PLAINTIFF(S)

v.

HANNA ISRAEL; FAITH GUNDRAN; LAURA LUNGARELLI; ADAM WEISSMAN; DOES 1-30

DEFENDANT(S).

CASE NUMBER:
CV11-01985 DMG (SHx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

(1) Application to File Under Seal Ex Parte Application of Defendant and CounterClaimant Hanna Israel for an Order Lifting the Stay for the Limited Purpose of Conducting Discovery and Declaration of Gayle I. Jenkins in Support
(2) [Proposed] Order Granting Defendant and CounterClaimant Hanna Israel's Application to File Under Seal;
(3) Ex Parte Application for an Order Lifting the Stay for the Limited Purpose of Conducting Discovery; Declaration of Gayle I. Jenkins in Support;
(4) [Proposed] Order Granting Ex Parte Application and Lifting the Stay for the Purpose of Conducting Limited Discovery;
(5) Certificate of Service

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☒ Other

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

| February 1, 2013 | /s/ Gayle I. Jenkins |
|---|---|
| Date | Attorney Name |
| | Gayle I. Jenkins |
| | Party Represented |
| | Defendant and Counterclaimant, HANNA ISRAEL |

*Note:  File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)   **NOTICE OF MANUAL FILING**