Jill L. Ryther  SBN 266016
David E. Burke SBN 267955
LAW OFFICES OF JILL L. RYTHER
6911 Topanga Canyon Blvd., Suite #300
Canoga Park, CA 91303
Ph: 818-347-4127 Fx: 818-347-4128

*Attorneys for Plaintiff*
PETER YOUNG

FILED
CLERK, U.S. DISTRICT COURT
FEB 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER YOUNG, an individual. <br><br> Plaintiff, <br><br> vs. <br><br> HANNA ISRAEL, an individual; LAURA LUNGARELLI, an individual; ADAM WEISSMAN, an individual; and DOES 1-30, Inclusive, <br><br> Defendants. | **CASE NO. CV11-01985 DMG (SHx)** <br><br> *Assigned to the Honorable Dolly M. Gee* <br><br> [PROPOSED] <br><br> **ORDER GRANTING PLAINTIFF PETER YOUNG'S APPLICATION TO FILE UNDER SEAL** |

1

1  The application to file under seal Plaintiff Peter Young's Opposition to
2  Application of Defendant and Counterclaimant Hanna Israel for the Limited
3  Purpose of Conducting Discovery and Declaration of David Edward Burke is
4  GRANTED.
5  The following documents are hereby sealed:
6  1) Plaintiff Peter Young's Opposition to Application of Defendant and
7  Counterclaimant Hanna Israel for the Limited Purpose of Conducting
8  Discovery
9  2) Declaration of David Edward Burke
10 This document will not be subject to public electronic access via CM/ECF.

**IT IS SO ORDERED.**

DATE: 2/5/13            _Dolly M. Gee_
                       UNITED STATES DISTRICT JUDGE

---

**ORDER GRANTING PLAINTIFF PETER YOUNG'S APPLICATION TO FILE UNDER SEAL**