Gayle I. Jenkins (SBN: 168962)
gjenkins@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant and Counterclaimant,
HANNA ISRAEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER YOUNG, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>HANNA ISRAEL, an individual;<br>FAITH GUNDRAN, an individual;<br>LAURA LUNGARELLI, an individual;<br>ADAM WEISSMAN, an individual; and<br>DOES 1 - 30, Inclusive,<br><br>           Defendants.<br><br>HANNA ISRAEL, an individual,<br><br>           Counterclaimant,<br><br>     vs.<br><br>PETER YOUNG, an individual,<br><br>           Counterdefendant. | **CASE NO. CV11-01985 DMG (SHx)**<br>Assigned to the Honorable Dolly M. Gee<br><br>**STIPULATION OF DISMISSAL**<br>**UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

# RECITALS

1. Plaintiff and Counter-defendant Peter Young ("Young") filed this action in the United States District Court for the Central District of California as Case No. CV11-01985 DMG (SHx) against Defendants Faith Gundran, Laura Lungarelli ("Lungarelli"), Hanna Israel ("Israel") and Adam Weissman; and

2. Defendant and counterclaimant Israel filed a counterclaim against Young; and

3. Defendant Faith Gundran was previously dismissed; and

4. Defendant Adam Weissman never appeared in the action; and

5. The Court issued an Order Re Defendants' Special Motion To Strike Complaint As A "SLAPP" Suit on September 16, 2011, which was granted the Motion in favor of Lungarelli in its entirety and partially in favor of Israel; and

6. Young appealed the Order in favor of Lungarelli, and partially in favor of Israel; and

7. Young, Lungarelli and Israel stipulated to dismiss the appeal and filed that stipulation with the Ninth Circuit Court of Appeals.

IT IS HEREBY STIPULATED THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-defendant Peter Young, Defendant Laura Lungarelli and Defendant and Counterclaimant Hanna Israel, by their respective counsel, hereby agree to stipulate to the dismissal of this entire action with prejudice.

Dated: May 30, 2013                    LAW OFFICES OF JILL L. RYTHER

                                       By:  /s/ Jill L. Ryther
                                            Jill L. Ryther
                                            Attorneys for Plaintiff and Counter-
                                            defendant Peter Young

Dated: May 30, 2013

WINSTON & STRAWN LLP

By: /s/ Gayle I. Jenkins
Gayle I. Jenkins
Attorneys for Defendant and Counterclaimant,
HANNA ISRAEL

Dated: May 30, 2013

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.

By: /s/ Kirk S. Comer
Kirk S. Comer
Attorneys for Defendant Laura Lungarelli

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543