

Gayle I. Jenkins (SBN: 168962)
gjenkins@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendant and Counterclaimant,
HANNA ISRAEL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER YOUNG, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>HANNA ISRAEL, an individual;<br>FAITH GUNDRAN, an individual;<br>LAURA LUNGARELLI, an individual;<br>ADAM WEISSMAN, an individual; and<br>DOES 1 - 30, Inclusive,<br><br>   Defendants.<br><br>HANNA ISRAEL, an individual,<br><br>   Counterclaimant,<br><br>vs.<br><br>PETER YOUNG, an individual,<br><br>   Counterdefendant. | **CASE NO. CV11-01985 DMG (SHx)**<br>Assigned to the Honorable Dolly M. Gee<br><br>**[Proposed] ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543

## **RECITALS**

1.     Plaintiff and Counter-defendant Peter Young ("Young") filed this action in the United States District Court for the Central District of California as Case No. CV11-01985 DMG (SHx) against Defendants Faith Gundran, Laura Lungarelli ("Lungarelli"), Hanna Israel ("Israel") and Adam Weissman; and

2.     Defendant and counterclaimant Israel filed a counterclaim against Young; and

3.     Defendant Faith Gundran was previously dismissed; and

4.     Defendant Adam Weissman never appeared in the action; and

5.     The Court issued an Order Re Defendants' Special Motion To Strike Complaint As A "SLAPP" Suit on September 16, 2011, which was granted the Motion in favor of Lungarelli in its entirety and partially in favor of Israel; and

6.     Young appealed the Order in favor of Lungarelli, and partially in favor of Israel; and

7.     Young, Lungarelli and Israel have stipulated to dismiss the appeal and filed that stipulation with the Ninth Circuit Court of Appeals; and

8.     Young, Lungarelli and Israel have stipulated to dismiss the above-captioned action in its entirety, ***with*** prejudice;

IT IS ORDERED that this case is dismissed with prejudice.


Dated: _____       _____

    HON. DOLLY M. GEE
    UNITED STATES DISTRICT JUDGE

CASE NO. CV11-01985 DMG (SHx)
DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)