Gayle I. Jenkins (SBN: 168962)
gjenkins@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendant and Counterclaimant,
HANNA ISRAEL

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER YOUNG, an individual, | **CASE NO. CV11-1985 DMG (SHx)** |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) [94]** |
| vs. | |
| HANNA ISRAEL, an individual; FAITH GUNDRAN, an individual; LAURA LUNGARELLI, an individual; ADAM WEISSMAN, an individual; and DOES 1 - 30, Inclusive, | |
| Defendants. | |
| HANNA ISRAEL, an individual, | |
| Counterclaimant, | |
| vs. | |
| PETER YOUNG, an individual, | |
| Counterdefendant. | |

In accordance with the stipulation entered into by and between Peter Young, Laura Lungarelli, and Hannah Israel [Doc. # 94],

IT IS HEREBY ORDERED that the above-entitled action is dismissed in its entirety with prejudice.

Dated: June 3, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE